No. 459. Vermillion Mining Co. *v.* Fraser; .
No. 460. Crete Mining Co. *v.* Day;
No. 461. Inland Steel Co. *v.* Day; and
No. 462. Inland Steel Co. *v.* Fryberger. December 3, 1928. *Per Curiam:* The appeals are dismissed on the authority of *Lake Superior Consolidated Iron Mines* v. *Lord,* 271 U. S. 577. *Messrs. Wm. P. Belden* and *Horace Andrews* for appellants. *Mr. Arcadius L. Agatin* for appellee in No. 459. *Mr. Fred W. Putnam* for appellee in Nos. 460 and 461. No appearance for appellee in No. 462.

No. 474. Theobald et al. *v.* Board of County Commissioners et. al. December 3, 1928. *Per Curiam:* The writ of error is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. B. W. Gearheart* for plaintiffs in error. No appearance for defendants in error.

No. 477. Sambor et al. *v.* Philadelphia Rapid Transit Co. et al. December 3, 1928. *Per Curiam:* The appeal is dismissed for want of a substantial federal question on the authority of *Maryland* v. *Baltimore & Ohio R. R. Co.,* 3 How. 534, 552; *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394, 399; *Trenton* v. *New Jersey,* 262 U. S. 182, 186; *Risty* v. *Chicago Ry. Co.,* 270 U. S. 378, 390. *Mr. James J. Regan, Jr.,* for appellants. *Messrs. Frank M. Hunter* and *Frederic R. Ballard* for appellees.